UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
May 19, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BRADLEY ALLEN GREENWOOD,<br><br>    Defendant. | Case No.  2:25-mj-00075-JDP<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  BRADLEY ALLEN GREENWOOD, Case No. 2:25-mj-00075-JDP , Charge 18 U.S.C. § 2252(a)(2), from custody for the following reasons:

____    Release on Personal Recognizance

____    Bail Posted in the Sum of $ ____

  x    Unsecured Appearance Bond $   50,000.00

____    Appearance Bond with 10% Deposit

____    Appearance Bond with Surety

____    Corporate Surety Bail Bond

  x    (Other):  Release delayed until 5/20/2025 at 9:30 AM, to the custody of Cherith Greenwood, and with terms as stated on the record. Following release, the defendant must directly report to the Pretrial Services Office on 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814.

____

Issued at Sacramento, California on May 19, 2025, at 2:20 PM.

By: _/s/ Sean Riordan_____

Magistrate Judge Sean C. Riordan